IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JOHN TUAKALAU,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | ORDER<br>AND<br>MEMORANDUM DECISION<br><br>Civil Case No. 2:16-cv-714-TC<br>Criminal Case No. 2:08-cr-431-TC<br><br>Judge: Tena Campbell |

On June 24, 2020, Petitioner John Tuakalau filed an amended motion to vacate his conviction and correct his sentence under 28 U.S.C. § 2255 following the Supreme Court's decision in United States v. Davis, 139 S. Ct. 2319 (2019). The Tenth Circuit has now held that Hobbs Act robbery is categorically a crime of violence under the elements clause in 18 U.S.C. § 924(c)(3)(A). United States v. Baker, 49 F.4th 1348 (10th Cir. 2022). Mr. Tuakalau's claims under Davis are therefore foreclosed.

**ORDER**

The court DENIES Mr. Tuakalau's Amended Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Court (ECF No. 9).

1

SO ORDERED this 14th day of April, 2023.

                                BY THE COURT:

                                _____
                                TENA CAMPBELL
                                U.S. District Court Judge